# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130373

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JOSEPH WAYNE GULLETT,
    Defendant-Appellant.

SC: 130373
COA: 266528
Calhoun CC: 04-002057-FC,
    04-002058-FC

_____/

   On order of the Court, the application for leave to appeal the December 12, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of defendant's claim that the trial court improperly assessed ten points on Offense Variable 9. In all other respects leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006

_____
Clerk

d0907